IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KELVIN J. FIELDS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-212
)
DISTRICT ATTORNEY MEG HEAP, )
SHERIFF JOHN T. WILCHER, )
MARTIN G. HILLIARD, and )
KENNETH CAIL, JR., )
)
    Defendants. )

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which objections have been filed (Doc. 11). After careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Plaintiff has failed to provide any meritorious objections to the report and recommendation. As a result, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of December 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA