# United States District Court
## *Southern District of Georgia*

KELVIN J. FIELDS

### JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:17CV212

DISTRICT ATTORNEY MEG HEAP,
SHERIFF JOHN T. WILCHER,
MARTIN G. HILLIARD, and

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 29, 2017, the Report and

Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court.  The

Plaintiff's case is dismissed without prejudice. The Clerk of the Court is directed to close this case.



01/05/2018
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*